Form DFT

# UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| In Re:<br>Robert Thomas Basile and Ann Crispina Basile<br>Debtor(s) | Case No.: 10−30861 Chapter: 7 |
| Robert Thomas Basile II et al.<br>Plaintiff(s) | Adversary Proceeding No. 10−03105 |
| vs. | |
| Pathway Financial Management et al.<br>Defendant(s) | |

### ENTRY OF DEFAULT BY CLERK AND NOTICE THEREON

It appearing from the records in the above−entitled action that a Summons has been served upon the defendant(s) named above, and it further appearing from the affidavit of counsel for plaintiff(s), and other evidence as required by the F.R.C.P. Rule 55(a) that the defendant(s) named below have failed to plead or otherwise defend in said action as directed in said Summons and Notice of Status conference and as provided in the Federal Rules of Civil Procedure: Now, therefore, on the request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Pathway Financial Management et al.

Dated: 8/9/10           For the Court:

          Gloria L. Franklin
          Clerk of Court
          United States Bankruptcy Court

          Akbar Malakooti
          Deputy Clerk

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Aug 11, 2010.
```
ust          +Office of the U.S. Trustee / SF,   Office of the U.S. Trustee,   235 Pine St,   Suite 700,
              San Francisco, CA 94104-2736
pla          +Ann Crispina Basile,   5700 California Street #10,   San Francisco, CA 94121-2247
dft          +Pathway Financial Management,   12661 Hoover Street,   Garden Grove, CA 92841-4174
dft          +Richard A. Lenard,   PO Box 27733,   Anaheim, CA 92809-0124
pla          +Robert Thomas Basile, II,   5700 California Street #10,   San Francisco, CA 94121-2247
```

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 11, 2010**                    **Signature:**   *Joseph Speetjens*